1  BENJAMIN B. WAGNER
   United States Attorney
2  DAWRENCE W. RICE, JR.
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

FILED

MAR - 9 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

8

   IN THE UNITED STATES DISTRICT COURT

9

   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:15 CR 00067 AWI

12              Plaintiff,                 VIOLATION: 18 U.S.C. § 1038(a)(1) – FALSE
                                           INFORMATION AND HOAX.
13        v.

14  JUDY GUTIERREZ,

15              Defendant.

16

17

18                      I N F O R M A T I O N

19        The United States Attorney charges: T H A T

20                           Judy Gutierrez,

21  defendant herein, on or about January 22, 2014, in the County of Fresno, State and Eastern District of

22  California, did intentionally convey false and misleading information about a threat to bomb an

23  academic building at Fresno City College, under circumstances where such information may reasonably

24  have been believed, that indicated that an activity was taking and would take place, to wit: the bombing

25  of an academic building at Fresno City College, that would constitute a violation of Title 18, United

26  States Code, chapters 40 and 113B, all in violation of Title 18, United States Code, Section 1038(a)(1).

27  ///

28

1  Dated:  March 9, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Dawrence W. Rice, Jr.
DAWRENCE W. RICE, JR.
Assistant United States Attorney